

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARK WASHINGTON,

    Petitioner,

v.

DAVE DAVEY, Warden

    Respondent.

No. CV 17-6792-PSG (FFM)

JUDGMENT

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 7/23/18

PHILIP S. GUTIERREZ
United States District Judge